

JPMorgan Chase Tower
600 Travis
Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Fax: 713-223-3717
www.lockelord.com

J. Michael Rose
Direct Telephone: 713-226-1684
Direct Fax: 713-229-2626
mrose@lockelord.com

May 31, 2022

**By eFile**

Hon. Joseph F. Saporito, Jr.   Hon. Robert D. Mariani
United States Magistrate Judge   United States District Judge

Re:   Notice of Settlement in *Donald McCutchan v. Club Exploria, LLC*; Civil Action No. 3:21-cv-01871-RDM

Dear Judge Saporito and Judge Mariani:

Plaintiff Donald McCutchan and Defendant Club Exploria, LLC (the "Parties") jointly submit this letter to notify the Court that the Parties have reached a settlement of all claims, defenses and disputes between them in the above-referenced action. A Joint Stipulation of Dismissal with Prejudice is forthcoming.

A telephonic hearing for the purpose of scheduling a settlement conference is set for tomorrow, June 1, 2022, before Judge Saporito. Counsel for Defendant called Chambers for Judge Saporito earlier today to notify the Court of the status of settlement and to request that the above-described hearing be postponed in an effort to avoid the waste of judicial resources and time. Pursuant to the request of Chambers, the Parties also file this joint letter on the docket for purposes of formally notifying the Court of the status of settlement and to request postponement of the hearing.

Dated: May 31, 2022   Respectfully submitted,

By: /s/ Joseph F. Leeson*   By: /s/ Kathleen Grossman
**Joseph F. Leeson, III, Esq.**   **J. Michael Rose,** *pro hac vice*
P.A. I.D. 328520   Southern District of Texas No. 36797
jleeson@leeson-law.com   TX 24041819
Leeson & Leeson   mrose@lockelord.com
70 E. Broad Street   **Kathleen Grossman,** *pro hac vice*
P.O. Box 1426   Southern District of Texas No. 3399013
Bethlehem, PA 18016-1426   TX 24109949
Telephone: (610) 691-3320   kathleen.grossman@lockelord.com
   **Emily L. Travis,** *pro hac vice*
**ATTORNEY FOR PLAINTIFF**   Southern District of Texas No. 1358194
   TX 24079229
*Signed by permission granted via electronic   emily.travis@lockelord.com
mail on 5/31/22

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

127192280v.2

Hon. Joseph F. Saporito, Jr.
May 31, 2022
Page 2

        LOCKE LORD LLP
        600 Travis Street, Suite 2800
        Houston, Texas 77002-3095
        (713) 226-1200 (Telephone)
        (713) 229-2526 (Facsimile)

        **ATTORNEYS FOR DEFENDANT**
        **CLUB EXPLORIA, LLC**

127192280v.2