THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD McCUTCHAN,

    Plaintiff,

    v.

CLUB EXPLORIA, LLC,

    Defendant.

3:21-CV-1871

(JUDGE MARIANI)

## ORDER

AND NOW, THIS **13th** DAY OF JUNE, 2022, upon receipt of the parties' letter advising the Court that the parties "have reached a settlement of all claims, defenses and disputes between them" in the above-captioned action (Doc. 21), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge