IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD MCCUTCHAN | § § § | |
| Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-01871 |
| CLUB EXPLORIA, LLC | § § § | |
| Defendant | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES JUDGE:

Plaintiff, Donald McCutchan ("Plaintiff"), and Defendant, Club Exploria, LLC ("Exploria"), file their Joint Stipulation of Dismissal with Prejudice, and respectfully show the Court the following:

1. Plaintiff and Exploria have reached a settlement of all claims, defenses and disputes between them in this cause.

2. Accordingly, the parties respectfully request that this Court dismiss all claims filed in this cause with prejudice to their being re-filed.

3. The parties agree to each bear their own attorneys' fees, costs and other expenses incurred because of this lawsuit or because of the claims involved in this lawsuit.

1

127073536v.2

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Exploria respectfully request this Court to dismiss this cause with prejudice to it being re-filed, with each party to bear its own costs and attorneys' fees.

Dated: June 14, 2022

    Respectfully submitted,

    By: /s/ Joseph F. Leeson*
    Joseph F. Leeson, III, Esq.
    P.A. I.D. 328520
    jleeson@leeson-law.com
    Leeson & Leeson
    70 E. Broad Street
    P.O. Box 1426
    Bethlehem, PA 18016-1426
    Telephone: (610) 691-3320

    **ATTORNEY FOR PLAINTIFF**
    *Signed with permission

    /s/ *Emily L. Travis*
    EMILY L. TRAVIS, *pro hac vice*
    Southern District of Texas No. 1358194
    TX 24079229
    LOCKE LORD LLP
    600 Travis Street, Suite 2800
    Houston, Texas 77002-3095
    (713) 226-1492 (Telephone)
    (713) 223-2691 (Facsimile)
    emily.travis@lockelord.com

    **ATTORNEY-IN-CHARGE FOR DEFENDANT CLUB EXPLORIA, LLC**

**OF COUNSEL:**
J. MICHAEL ROSE, *pro hac vice*
Southern District of Texas No. 36797
TX 24041819
mrose@lockelord.com
KATHLEEN GROSSMAN, *pro hac vice*
Southern District of Texas No. 3399013
TX 24109949
kathleen.grossman@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200 (Telephone)
(713) 229-2526 (Facsimile)

Taylor E. Gillan
PA. I.D. 322873
taylor.gillan@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, Pennsylvania 15222
Telephone: (412) 315-6043
Facsimile: (412) 232-1799

**ATTORNEYS FOR**
**DEFENDANT CLUB EXPLORIA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th of June, 2022, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means.

                                                          */s/ Kathleen H. Grossman*
                                                          **Kathleen H. Grossman**

127073536v.2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD MCCUTCHAN § § Plaintiff, § § v. § § CLUB EXPLORIA, LLC § § Defendant § § | CIVIL ACTION NO. 3:21-CV-01871 |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On _____, 2022, the Court considered the Joint Stipulation of Dismissal with Prejudice. After considering the Joint Stipulation of Dismissal with Prejudice, the Court **GRANTS** this Stipulation.

It is hereby **ORDERED, ADJUDGED, and DECREED**, that all of Plaintiff, Donald McCutchan's, claims against Defendant, Club Exploria, LLC, are hereby dismissed with prejudice, with costs of court being assessed against the party incurring same.

Signed this the _____ day of _____, 2022.

_____
THE HONORABLE ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE

127073536v.2