IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD MCCUTCHAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:21-CV-01871 |
| CLUB EXPLORIA, LLC | § | |
| | § | |
| Defendant | § | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On _June 15_, 2022, the Court considered the Joint Stipulation of Dismissal with Prejudice. After considering the Joint Stipulation of Dismissal with Prejudice, the Court **GRANTS** this Stipulation.

It is hereby **ORDERED, ADJUDGED, and DECREED**, that all of Plaintiff, Donald McCutchan's, claims against Defendant, Club Exploria, LLC, are hereby dismissed with prejudice, with costs of court being assessed against the party incurring same.

Signed this the _15th_ day of _June_, 2022.

_____
THE HONORABLE ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE